# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samantha Hoffma,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Bank of America, N.A.; Synchrony Bank; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Transunion, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00690-DAD-DMC<br><br>[Hon. Dale A. Drozd, USDC Judge]<br>[Hon. Dennis M. Cota, US Mag. Judge]<br><br>**ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Comp. Filed: April 13, 2023 |

After consideration of the pleadings as well as all other matters presented to the Court, and good cause having been shown, the Court rules as follows:

The Court GRANTS Plaintiff Samantha Hoffma and Defendant Bank of America, N.A.,'s Stipulation, which is signed by all counsel, to Extend Fact Discovery Deadline as set forth in the Court's Scheduling Order dated October 24, 2023 (ECF No. 38). The Fact Discovery Deadline of June 7, 2024, is hereby extended to **August 7, 2024**

**IT IS SO ORDERED.**

Dated:  June 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE